NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAMBUS, INC.,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee.*

---

2012-1480
(Reexamination No. 95/001,166)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Rambus, Inc. moves unopposed for a 14-day extension of time until September 7, 2012, to file its opening brief. Based on an agreement by all parties, NVIDIA Corporation ("NVIDIA") moves unopposed to withdraw as an appellee, with all costs related to NVIDIA to be borne by the party incurring the same.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for an extension of time is granted.

(2) The motion to withdraw NVIDIA as a party is granted to the extent that the revised official caption is reflected above.

FOR THE COURT

AUG 2 2 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Raymond T. Chen, Esq.
Jeffrey A. Lamken, Esq.
David M. O'Dell, Esq.
s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 2 2012

JAN HORBALY
CLERK